FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND CURTIS EVANS,

    Petitioner,

v.　　　　　　　　　　　　　　　　Civil Action No. 08 0372

WARDEN D. SMITH,

    Respondent.

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                            /s/
                       United States District Judge

Date: 2/5/08